# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| 511 TECHNOLOGIES INC.; and CADDO SYSTEMS, INC, <br><br> Plaintiff, <br> v. <br><br> ORACLE CORP., <br><br> Defendant. | Case No.  2:17-cv-179 <br><br> **Jury Trial Demanded** |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, 511 Technologies Inc. and CADDO Systems, Inc., (collectively "Plaintiffs") certify that 511 Technologies Inc. does not own 10% or more of the stock of CADDO Systems, Inc., that CADDO Systems does not own more than 10% of the stock of 511 Technologies Inc.,  that no other corporation owns more than 10% of the stock of any of the Plaintiffs, and that neither CADDO Systems, Inc., nor 511 Technologies Inc., have a corporate parent.

Dated: March 6, 2017

RUSS AUGUST & KABAT

*/s/ Marc Fenster*
Marc A. Fenster (CA SBN 181067)
Paul A. Kroeger (CA SBN 229074)
Arka D. Chatterjee (CA SBN 268546)
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
mfenster@raklaw.com
pkroeger@raklaw.com
achatterjee@raklaw.com

Elizabeth L. DeRieux
State Bar No. 05770585

        Capshaw DeRieux, LLP
        114 E. Commerce Ave.
        Gladewater, TX 75647
        Telephone: (903) 845-5770
        Email: ederieux@capshawlaw.com

        *Attorneys for Plaintiffs 511 Technologies Inc.*
        and *Caddo Systems, Inc.*